UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| VERNADO MALONE, ) <br> ) <br> *Petitioner* ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> *Respondent* ) | CAUSE NO. 3:06-CV-333 RM <br> (Arising out of 3:04-CR-108(02) RM) |

OPINION and ORDER

On June 7, 2006, Mr. Malone's petition filed pursuant to 28 U.S.C. § 2255 was denied based on Mr. Malone's waiver, in his plea agreement, of his right to appeal and to file a habeas petition. Mr. Malone has filed an appeal of that order and is before the court asking that a certificate of appealability be issued and he be permitted to proceed *in forma pauperis* on his appeal.

Issuance of a certificate of appealability requires the court to find that Mr. Malone has made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). He has not. In his plea agreement, Mr. Malone waived his right to file an appeal and a petition under § 2255, and he has presented no facts or evidence to establish that his waiver was not knowing and voluntary or that he received ineffective assistance of counsel with respect to that waiver. Mason v. United States, 211 F.3d1065, 1069 (7th Cir. 2000); Jones v. United States, 167 F.3d 1142, 1145 (7th Cir. 1999). His request for a certificate of appealability will be denied.

Federal Rule of Appellate Procedure 24(a)(3) provides that a financially indigent person may be permitted to proceed on appeal *in forma pauperis* unless the court "certifies that the appeal is not taken in good faith." In other words, the court must determine "that a reasonable person could suppose that the appeal has some merit." <u>Walker v. O'Brien</u>, 216 F.3d 626, 632 (7th Cir. 2000). Because no reasonable person could find that Mr. Malone's appeal has any merit, the court concludes that his appeal is not taken in good faith, and his request for pauper status must be denied.

Based on the foregoing, Mr. Malone's motions for leave to proceed *in forma pauperis* on appeal [docket # 7/168] and for a certificate of appealability [docket # 6/167] are DENIED.

SO ORDERED.

ENTERED:  July 5, 2006 

  /s/ Robert L. Miller, Jr.  
Chief Judge  
United States District Court

cc: V. Malone  
    AUSA Hays

2